978

■ RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY TRINITY et al., Appellants, v. WILLIAM H. MELISH et al., Respondents.— In an action to declare the rights of the parties and to restrain defendants from interfering with the property, funds and management of a parish church, order denying plaintiffs' motion for an injunction *pendente lite* affirmed, without costs. On the record presented we are unable to say that it was an improper exercise of discretion to deny the application for a temporary injunction herein. The propriety of an injunctive order in a matter of this kind may be more satisfactorily reviewed, if necessary, on appeal from the judgment after issues have been joined, a complete record made at a trial where the parties have had the opportunity to adduce all their proof, and after the Trial Justice has made a determination as to the disputed facts, if any, and as to the applicable law. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur. [See 1 Misc 2d 933.]

(April 30, 1956)

■ LOUIS H. DE METZ, Appellant, v. JULIUS EDWARDS et al., Individually and as Executors and as Trustees of ALFRED EDWARDS, Deceased, et al., Respondents, et al., Defendant.— In an action to enjoin, except as to appellant, the sale or other disposal of the stock in, or the assets of, the respondent corporation, and to recover damages, the appeal is from so much of an order as denies appellant's motion for an injunction *pendente lite* and as grants respondents' motion to dismiss the complaint, pursuant to subdivision 7 of rule 107 of the Rules of Civil Practice, and from the judgment entered thereon dismissing the complaint as to the respondents. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ PAUL FREED et al., Respondents, v. ALBERT W. ALBERT, Appellant.— In an action to reform a lease, the appeal is from a judgment entered, after trial before an Official Referee, in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ EDWARD S. GOLDHILL, Appellant, v. DOUGHNUT CORPORATION OF AMERICA, Respondent.— In an action for a judgment declaring that the manufacture and sale to bakers and others of mixes without flour and of other foodstuffs and equipment are not in contravention of a restrictive covenant, the appeal is from a judgment dismissing the complaint, entered after trial before an Official Referee. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.